October 25, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

HECTOR A. CANTU, Appellant

NO. 14-16-00246-CR                              V.

THE STATE OF TEXAS, Appellee

_____

This cause was heard on the motion of the appellant to withdraw notice of appeal. Having considered the motion the Court orders the appeal **DISMISSED**.

We further order the mandate be issued immediately. We further order this decision certified below for observance.